UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

VERSUS

DWAYNE REGINALD PATTERSON

CRIMINAL ACTION

NO. 12-126-JJB

## RULING AND ORDER

This matter is before the court on a motion (doc. 232) to vacate brought by defendant Reginald Patterson. The court has carefully reviewed the pleading and finds that defendant fails to allege any facts to support a meritorious claim for ineffective assistance of counsel. The court further finds that much of defendant's arguments have been or should have been addressed in his appeal. Many of defendant's arguments are precluded by the mandate (doc. 230) affirming his conviction, issued January 16, 2016.

IT IS HEREBY ORDERED that said motion (doc.232) to vacate be summarily DENIED.

Baton Rouge, Louisiana, October 18th, 2016.

_____
JAMES J. BRADY
SENIOR DISTRICT JUDGE